UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------X

DARRYL DAVIS SEMINARS, INC.,

                    Plaintiff,              :        26-CV-04830 (JAV)

     -v-                      :         <u>ORDER</u>

EPIQUE INC., et al.,

                    Defendant.       :

-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

      Prior to this case's assignment to the undersigned, Plaintiff filed a motion for an order to show cause seeking emergency relief.  Plaintiff is directed to follow the procedures outlined in Section 5.L of the Court's Individual Rules and Practices in Civil Cases with respect to motions for temporary restraining orders and to promptly file a letter with the Court providing the information required by that rule.

      SO ORDERED.

Dated: June 9, 2026
   New York, New York

                                     _____
                                     JEANNETTE A. VARGAS
                                     United States District Judge