UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                          :
DARRYL DAVIS SEMINARS, INC.,                              :
                                                          :
                                Plaintiff,                :          26-CV-04830 (JAV)
                                                          :
              -v-                                         :          ORDER
                                                          :
EPIQUE INC., et al.,                                     :
                                                          :
                                Defendant.                :
------------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

Pending before this Court is Plaintiff's Motion for Preliminary Injunction, ECF No. 22.

The Court ORDERS the parties to meet and confer with respect to the following questions:

1) A briefing schedule with respect to the Motion for a Preliminary Injunction;

2) Whether any party will be seeking expedited discovery in connection with the motion for a preliminary injunction, and if so, the nature of such discovery and the length of time that would be required for such discovery;

3) Should the Court grant a request for expedited discovery, the length of time that would be required for such discovery;

4) Whether any party requests an evidentiary hearing in connection with the motion for a preliminary injunction, and if so, the timing and anticipated length of such a hearing;

5) If an evidentiary hearing is requested, proposed dates for such a hearing (confirming the availability of any testifying witnesses with respect to such dates);

6) Whether the Court should consolidate a hearing on the preliminary injunction motion

with a trial on the merits, pursuant to Rule 65(a)(2) of the Federal Rules of Civil

Procedure;

7)  Whether Defendants intend to file a motion to dismiss or other dispositive motion,

and if so, the anticipated bases of and a proposed briefing schedule for such motion;

and

8)  If Defendants intend to move to dismiss, whether Plaintiffs would anticipate

amending their complaint as of right, pursuant to Rule 15(a)(1)(B) of the Federal

Rules of Civil Procedure.

By **July 21, 2026**, the parties should submit a joint letter not to exceed 5 single-spaced

pages in length, setting forth the parties' agreement or, if no agreement is reached, their

respective positions on each of these questions. The joint letter should address each of these

questions separately, in subparts set forth under the reproduced question.  The joint letter should

also set forth the parties' proposed briefing schedule for the motion for preliminary injunction.

**Counsel who have entered a notice of appearance as of the issuance of this order are**

**directed (1) to notify counsel for all other parties in this action who have not yet appeared**

**by serving upon each of them a copy of this order and the Court's Individual Rules and**

**Practices forthwith, and (2) to file proof of such notice with the Court.**  If unaware of the

identity of counsel for any of the parties, counsel receiving this order must forthwith send a copy

of this order and the Court's Individual Rules and Practices to that party personally.

SO ORDERED.

Dated: June 26, 2026
       New York, New York

_____
JEANNETTE A. VARGAS
United States District Judge

2