UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

DARRYL DAVIS SEMINARS, INC.,

Plaintiff,

-v-

EPIQUE INC., et al.,

Defendants.

---------------------------------------------------------------------X

26-CV-04830 (JAV)

ORDER

JEANNETTE A. VARGAS, United States District Judge:

Due to a scheduling conflict with a criminal trial, the evidentiary hearing with respect to Plaintiff's motion for a preliminary injunction previously scheduled for November 12, 2026, at 9:00am, is ADJOURNED to Friday, **November 13, 2026**, in Courtroom 11B, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007. The hearing will begin promptly at 9:00am and end at 4:00pm.

SO ORDERED.

Dated: October 21, 2026
New York, New York

Jeannette Vargas
JEANNETTE A. VARGAS
United States District Judge